Loub and wife, Respondents, vs. Gehl and wife, Appellants.

For the appellants: *Merle W. Hillis* of Milwaukee.
For the respondents: *N. Paley Phillips* of Milwaukee.
*By the Court.*—Judgment affirmed.

Hottenstein, Appellant, vs. Hottenstein, Respondent.

For the appellant: *Winter & Koehler* of Shawano.
For the respondent: *Fischer, Brunner & Strossenreuther* of Shawano.
*By the Court.*—Order affirmed.

*December 7, 1943.*

Will of Gardner: Hahn, Administrator, Respondent, vs. Kent and another, Appellants.

For the appellants: *Hill, Miller & Hill* of Baraboo.
For the respondent: *H. M. Langer* of Baraboo.
*By the Court.*—Order affirmed.